No. 902. JOSEPH F. GUFFEY ET AL., PETITIONERS, v. JAMES A. SMITH ET AL.; and

No. 903. JOSEPH F. GUFFEY ET AL., PETITIONERS, v. SUSANNAH SMITH ET AL. February 24, 1913. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Joseph W. Bailey, Mr. J. H. Beal, Mr. Levy Mayer* and *Mr. J. W. Moses* for the petitioners. *Mr. Jay A. Hindman, Mr. John W. Kern* and *Mr. Abram Simmons* for the respondent.